UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nihal Mohamed Jaleel,

                Plaintiff,

-against-

Rena Bitter, *Assistant Secretary, Bureau of Consular Affairs, U.S. Dept. of State*, Martin T. Kelly, *Deputy Chief of Mission, U.S. Embassy in Sri Lanka*, and Antony Blinken, *Secretary of the U.S. Department of State*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2022

22 Civ. 6144 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The deadline for the joint letter and proposed case management plan, *see* ECF No. 9, is RESCHEDULED to **September 19, 2022**.

    SO ORDERED.

Dated: July 28, 2022
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge